JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARMILLA CARNEIRO, | Case No. CV 25-4714 PA (JPRx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| THE NATIONAL RED CROSS, | |
| Defendant. | |

In accordance with the Notice filed by plaintiff (Docket No. 14) and the Court's June 6, 2025 Minute Order construing that Notice as a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: June 6, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE